Thomas Ambrose, Appellee, v. D. C. Doyle, Trading as Doyle Freight Lines and Steve Singleton, Appellants.

Gen. No. 44,227.

opinion filed January 5, 1948; released for publication January 27, 1948. Burt A. Crowe, for appellants; O'Brien, Hanrahan & Keogh and Carl E. Abrahamson, of counsel; Kamin & Gleason and A. A. Wolf, for appellee. Opinion by JUSTICE FEINBERG. Not to be published in full.